UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Qwest Corporation, | Civil File No. 02-CV-1785(MJD/SRN) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| The Minnesota Public Utilities Commission, Gregory Scott, Edward A. Garvey, Marshall Johnson, LeRoy Koppendrayer, Phyllis A. Reha, Commissioners of the Minnesota Public Utilities Commission, in their official capacities, and AT&T Communications of the Midwest | |
| Defendants. | |

Pursuant to the Stipulation for Dismissal executed by counsel herein and with this Court on September 25, 2006, and based upon all of the files, records and proceedings herein,

IT IS HEREBY ORDERED AND ADJUDGED that the claims of Plaintiff Qwest Corporation and Defendants the Minnesota Public Utilities Commission, Gregory Scott, Edward A. Garvey, Marshall Johnson, LeRoy Koppendrayer, Phyllis A. Reha,

Commissioners of the Minnesota Public Utilities Commission, in their official capacities, and AT&T Communications of the Midwest are hereby dismissed with prejudice.

Dated: September 29, 2006            s / Michael J. Davis
                                     Michael J. Davis
                                     United States District Court Judge